IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-759-FDW-DCK

| | |
|---|---|
| DEVANTE SHAQUILLE FINCHER, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| ADVOCATE HEALTH, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Miscellaneous Relief" (Document No. 12) filed November 7, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

The Court has construed the instant filing as a "Motion For Miscellaneous Relief." Plaintiff states that he "would like to file a motion to increase my suggested/requested relief." (Document No. 12). As such, it appears that Plaintiff would like to file a motion to amend the Complaint. Id. See also Fed.R.Civ.P. 15.

If Plaintiff is seeking to amend, or other relief, he must file an appropriate motion that complies with the Federal Rules of Civil Procedure and the Local Rules of this Court. A Motion "must state with particularity the grounds for the motion and the relief or order sought." See Local Rule 7.1(a). Plaintiff is not required to make a filing stating that he "would like to file a motion." Instead, Plaintiff should file a motion in accordance with the Rules that explains the relief he is seeking and cites any applicable legal authority.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion For Miscellaneous Relief" (Document No. 12) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: November 7, 2024

David C. Keesler
United States Magistrate Judge