IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-759-FDW-DCK

| | |
|---|---|
| DEVANTE SHAQUILLE FINCHER, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| ADVOCATE HEALTH, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Compel Discovery" (Document No. 29) filed December 20, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

It is unclear exactly what relief *pro se* Plaintiff seeks by the instant filing. It appears that he contends that Defendant failed to provide him copies of documents filed on December 16, 2024. The undersigned notes, however, that both documents filed by Defendant on December 16, 2024, include a "Certificate Of Service" indicating that the relevant documents were sent to Plaintiff by first class U.S. mail. See (Document No. 26, p. 4; Document No. 27, p. 3). As such, it appears likely that Plaintiff's motion is premature.

**IT IS, THEREFORE, ORDERED** that pro se Plaintiff's "Motion To Compel Discovery" (Document No. 29) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: December 20, 2024

David C. Keesler
United States Magistrate Judge